CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
STEPHEN R. HANSON II
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Blvd., Suite 1100
Las Vegas, NV  89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Tameia City,<br><br>Plaintiff<br><br>vs.<br><br>The United States of America,<br><br>Defendant. | Case no.:  2:20-cv-02193-JCM-EJY<br>**(Consolidated Case)**<br><br>CASE NO.:  2:21-cv-00006-RFB-VCF |
| Emely Johana Portillo, an individual; and Eva Lilian Leonzo de Portillo, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>The United States of America,<br><br>Defendant. | **Motion to Appear, Substitute and Withdraw Attorney of Record** |

  Defendant United States of America seeks to substitute Assistant United States Attorney Stephen R. Hanson II as the lead counsel for the United States of America in the place and stead of Assistant United States Attorney Brian Irvin.

  The United States respectfully requests the Clerk of the Court to withdraw Assistant United States Attorney Brian Irvin as counsel of record because he will no longer be with the United States Attorney's Office, District of Nevada, and should be terminated from further notification from the Court's CM/ECF system.

Hereinafter, all parties to the above-referenced case should notify undersigned counsel of any action in this case.

Respectfully submitted this 27th day of December 2021.

                                        CHRISTOPHER CHIOU
                                        Assistant United States Attorney

                                        */s/ Stephen R. Hanson II*
                                        STEPHEN R. HANSON II
                                        Assistant United States Attorney

                                        IT IS SO ORDERED.

                                        UNITED STATES MAGISTRATE JUDGE

                                        Dated:  December 28, 2021