JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
STEPHEN R. HANSON II
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Tameia City,<br><br>          Plaintiff,<br><br>vs.<br><br>The United States of America,<br><br>          Defendant. | Case no.: 2:20-cv-02193-JCM-EJY<br>          **(Consolidated Case)**<br><br>CASE NO.: 2:21-cv-00006-RFB-VCF<br><br>**Stipulation to Vacate Settlement Conference** |
| Emely Johana Portillo, an individual; and Eva Lilian Leonzo de Portillo, an individual,<br><br>          Plaintiffs,<br><br>vs.<br><br>The United States of America,<br><br>          Defendant. | |

The parties, by and through their undersigned counsel, hereby agree and stipulate to vacating the November 1, 2023 settlement conference scheduled in this case. Discovery currently closes on November 20, 2023. The Portillo Plaintiffs have made three supplemental discovery disclosures in the past month with the most recent disclosure on October 19, and they may need to further supplement their disclosures. Plaintiff City is in the process of making an additional supplemental disclosure. Due the continuing discovery, the parties agree that further discovery is necessary and having a settlement

conference at this time is premature. The parties therefore respectfully request that the Court vacate the settlement conference scheduled for November 1, 2023. The parties will request an extension of the close of discovery and have settlement discussions. If necessary, the parties will request a settlement conference after the close of discovery.

Dated: October 25, 2023.

JASON M. FRIERSON
United States Attorney

*/s/ Stephen R. Hanson II*
STEPHEN R. HANSON II
Assistant United States Attorney

THE SCHNITZER LAW FIRM

*/s/ Jordan P. Schnitzer*
JORDAN P. SCHNITZER
Attorney for Plaintiff City

STOVALL & ASSOCIATES

*/s/ Ross Moynihan*
ROSS MOYNIHAN
Attorney for Plaintiffs Portillo and de Portillo

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED that the settlement conference set for November 1, 2023 at 9:00 a.m. is VACATED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: October 25, 2023**

2