LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Eserve: court@lesstovall.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMEIA L. CITY,<br><br>   Plaintiff<br><br>  vs.<br><br>UNITED STATES,<br><br>   Defendant<br><br>———————————————<br><br>EMELY JOHANA PORTILLO, an individual; and EVA LILIAN LEONZO DE PORTILLO an individual<br><br>   Plaintiffs<br><br>  vs.<br><br>UNITED STATES,<br><br>   Defendant | CASE NO.: 2:20-cv-02193-JCM-EJY<br>**(Consolidated Case)**<br><br>CASE NO.: 2:21-cv-00006-RFB-VCF |

### STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT JOINT PRETRIAL ORDER (First Request)

  Pursuant to LR IA 6-1 and LR 26-3 and FRCP 26, the parties, by and through their respective counsel, respectfully submit this stipulation for an extension of time to submit the Joint Pre-Trial Order from July 22, 2024 to August 9, 2024. Counsel for the parties have

1

conferred regarding this matter and agree that such an extension is appropriate and necessary for litigation efficiency. The parties do not seek the extension or continuance of any other dates.

1.  **Discovery Completed to Date**

Discovery is now closed. The parties exchanged initial and supplemental disclosures. The parties exchanged written discovery, engaged in deposition discovery, and have exchanged initial and rebuttal expert disclosures.

2.  **Discovery to Be Completed**

None.

3.  **Reasons Why Counsel Requests the Extension to Submit the Pre-trial Order**

The parties have worked together to create a draft of the Joint Pretrial Order. However, they require additional time to meet and confer and to finalize the document. The first reason for the request for extended time is that the Portillo plaintiffs' counsel is out of the office until August 5, 2024 and has been unable to finalize the Portillo portions of the joint pretrial order and has been unable to confer with counsel for plaintiff City and the defendant to finalize the joint pretrial order. Furthermore, all parties require additional time to confer on stipulated exhibits to promote trial efficiency in admission of documents and reduction of trial witnesses. The parties are working to reserve sufficient time to complete the joint pretrial order during the week of August 5, 2024 to meet the requested extended deadline of August 9, 2024. The parties believe that the extension of the deadline for the Pretrial Order is necessary and appropriate, and that good cause exists based upon the foregoing.

4.  **Proposed Schedule**

The parties respectfully propose the following deadlines:

| | |
|---|---|
| Interim Status Report | Closed |

| | |
|---|---|
| Initial Expert Disclosure Deadline | Closed |
| Rebuttal Expert Disclosure Deadline | Closed |
| Discovery Cut-Off Date | Closed |
| Dispositive Motion Deadline | Closed |
| Proposed Consolidated Pre-Trial Order | **August 9, 2024** |

Dated this 22nd day of July 2024.

**NV INJURY LAW, LLC.**

*s/ Jordan Schnitzer*
JORDAN SCHNITZER, ESQ.
Nevada Bar No. 10744
3511 S. Eastern Avenue
Las Vegas, NV 89169
Telephone: (702)825-8000
Facsimile: (702) 830-9944
*Attorney for Plaintiff*

Dated this 22nd day of July 2024.

**STOVALL & ASSOCIATES**

*s/ Ross Moynihan*
Ross Moynihan, Esq.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702)258-3034
Facsimile: (702) 258-0093
*Attorney for Plaintiff*

Dated this 20th day of July 2024.

**UNITED STATES ATTORNEY'S OFFICE**

*s/ R. Thomas Colonna*
R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
*Attorney for Defendant*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED**: July 22, 2024