ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Eserve: court@lesstovall.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMEIA L. CITY,<br><br>        Plaintiff<br><br>vs.<br><br>UNITED STATES,<br><br>        Defendant | CASE NO.: 2:20-cv-02193-JCM-EJY<br>**(Consolidated Case)**<br><br>CASE NO.: 2:21-cv-00006-RFB-VCF |
| EMELY JOHANA PORTILLO, an individual; and EVA LILIAN LEONZO DE PORTILLO an individual<br><br>        Plaintiffs<br><br>vs.<br><br>UNITED STATES,<br><br>        Defendant | |

**STIPULATION AND ORDER TO EXTEND DEADLINE
TO SUBMIT JOINT PRETRIAL ORDER (Second Request)**

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, pursuant to LR IA 6-1 and LR 26-3 and FRCP 26, that the time for the parties to submit the Joint Pretrial Order should be extended from Friday August 9, 2024 to Wednesday August 14, 2024. The parties have met and conferred on the completion of the Joint Pre-Trial Order and

1

believe that the additional extension of time is necessary for the completion of the document in the interest of trial efficiency. The parties therefore submit that good cause exists for the requested extension of time.

Dated this 9th day of August 2024.

**NV INJURY LAW, LLC.**

*s/ Jordan Schnitzer*
JORDAN SCHNITZER, ESQ.
Nevada Bar No. 10744
3511 S. Eastern Avenue
Las Vegas, NV 89169
Telephone: (702)825-8000
Facsimile: (702) 830-9944
*Attorney for Plaintiff*

Dated this 9th day of August 2024.

**STOVALL & ASSOCIATES**

*s/ Ross Moynihan*
Ross Moynihan, Esq.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702)258-3034
Facsimile: (702) 258-0093
*Attorney for Plaintiffs*

Dated this 9th day of August 2024.

**UNITED STATES ATTORNEY'S OFFICE**

*s/ R. Thomas Colonna*
R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
*Attorney for Defendant*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED**: August 9, 2024