STOVALL & ASSOCIATES
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
Tel: 702-258-3034
Fax: 702-258-0093
Email: court@lesstovall.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMEIA L. CITY, et al,<br><br>Plaintiff<br><br>vs.<br><br>UNITED STATES,<br><br>Defendants | CASE NO.: 2:20-cv-02193-JCM-EJY<br>**(Consolidated Case)**<br><br>CASE NO.: 2:21-cv-00006-RFB-VCF |
| EMELY JOHANA PORTILLO, an individual; and EVA LILIAN LEONZO DE PORTILLO an individual<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES,<br><br>Defendants | <u>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTIONS IN LIMINE BY 14 DAYS**</u><br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs EMELY JOHANA PORTILLO and

EVA LILIAN LEONZO DE PORTILLO, through counsel Ross Moynihan, Esq. of the Law Firm

Stovall and Associates, and Defendant the United States, through its counsel Asst. U.S. Attorney

Tamer Botros, Esq. that the time for the parties to file motions in limine shall be extended f**rom**

**September 19, 2025 to October 3, 2025**. The reason for the extension is that the parties are in the

process of negotiating a settlement of this case, which, if successful, will obviate the need for motions

in limine and trial. The parties are devoting their current resources to that end and submit that good

cause exists for the requested extension of time.

Dated this 19th day of September 2025.      Dated this 19th day of September 2025.

UNITED STATES ATTORNEY'S OFFICE      STOVALL & ASSOCIATES

*/s/ Tamer B. Botros*      */s/ Ross Moynihan*

| | |
|---|---|
| Tamer B. Botros, Esq. | Ross Moynihan, Esq. |
| Nevada Bar No. 12183 | Nevada Bar No. 11848 |
| Assistant United States Attorney | 2301 Palomino Lane |
| 501 Las Vegas Blvd. So., Suite 1100 | Las Vegas, Nevada 89107 |
| Las Vegas, Nevada 89101 | *Attorney for Plaintiffs* |
| *Attorney for Defendant* | |

**IT IS SO ORDERED:**

_____

**UNITED STATES DISTRICT COURT JUDGE**

**DATED**: _____September 22, 2025_____