1  TODD BLANCHE
   Deputy Attorney General of the United States
2  SIGAL CHATTAH
   First Assistant United States Attorney
3  District of Nevada
   Nevada Bar No. 8264
4  TAMER B. BOTROS
   Assistant United States Attorney
5  Nevada Bar No. 12183
   501 Las Vegas Blvd. South, Suite 1100
6  Las Vegas, Nevada 89101
   Telephone: (702) 388-6336
7  Email: tamer.botros@usdoj.gov

8  *Attorneys for the United States*

9
                   **UNITED STATES DISTRICT COURT**
10                     **DISTRICT OF NEVADA**

11 TAMEIA CITY,                              Case No. 2:20-cv-02193-RFB-EJY

12          Plaintiff,                       **Stipulation and Order to Dismiss with
                                             Prejudice as to Plaintiff Tameia City
13     v.                                    Only**

14 THE UNITED STATES OF AMERICA,

15          Defendant

16 EMELY JOHANA PORTILLO, an
   individual; and EVA LILIAN LEONZO DE
17 PORTILLO, an individual;

18          Plaintiffs,

19     vs.

20 THE UNITED STATES OF AMERICA,

21          Defendant.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Plaintiff Tameia City and Defendant, United States of America, by and through their undersigned counsel, stipulate that Plaintiff Tameia City's claims only shall be dismissed with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted this 17th day of November 2025.

THE SCHNITZER LAW FIRM

/s/ Jordan P. Schnitzer
JORDAN P. SCHNITZER, ESQ
Nevada Bar No. 10744
710 South 9th Street, Suite 2
Las Vegas, Nevada 89101
Attorneys for Plaintiff, Tameia L. City

SIGAL CHATTAH
First Assistant United States Attorney

/s/ Tamer B. Botros
TAMER B. BOTROS
Assistant United States Attorney

**IT IS SO ORDERED:**

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**DATED:** November 20, 2025.

2