STOVALL & ASSOCIATES
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
Tel: 702-258-3034
Fax: 702-258-0093
Email: court@lesstovall.com
*Attorneys for Plaintiffs Emely Johana Portillo*
*and Eva Lilian Loeonzo De Portillo*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMEIA L. CITY, et al,<br><br>Plaintiff<br><br>vs.<br><br>UNITED STATES,<br><br>Defendants | CASE NO.: 2:20-cv-02193-JCM-EJY<br>**(Consolidated Case)**<br><br>CASE NO.: 2:21-cv-00006-RFB-VCF |
| EMELY JOHANA PORTILLO, an individual; and EVA LILIAN LEONZO DE PORTILLO an individual<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES,<br><br>Defendants | |

**STIPULATION TO PARTICIPATE IN A JUDICIAL SETTLEMENT CONFERENCE**

Pursuant to Local Rules Local Rules 1B 1-7(b) and LR 16-5, Plaintiffs Emely Johana Portillo and Eva Lilian Loeonzo De Portillo, by and through their counsel Ross Moynihan, Esq., and Defendant the United States, by and through its counsel Assistant U.S. Attorney Tamer B. Botros hereby stipulate and request that the Court set the above-referenced matter for a judicial settlement

///

///

- 1 -

conference for the first available date convenient for the court.

Dated this 11th day of December 2025.    Dated this 11th day of December 2025.

UNITED STATES ATTORNEY'S OFFICE    STOVALL & ASSOCIATES

/s/ Tamer B. Botros, Esq.    /s/ Ross Moynihan
_____    _____
Tamer B. Botros, Esq.    Ross Moynihan, Esq.
Nevada Bar No. 12183    Nevada Bar No. 11848
Assistant United States Attorney    2301 Palomino Lane
501 Las Vegas Blvd. So., Suite 1100    Las Vegas, Nevada 89107
Las Vegas, Nevada 89101    *Attorney for Plaintiffs*
*Attorney for Defendant*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED that the Court will issue a separate Order setting the settlement conference for a date in February, 2026.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED**:  December 12, 2025

- 2 -