1  ROSS MOYNIHAN, ESQ.
2  Nevada Bar No. 11848
   STOVALL & ASSOCIATES
3  2301 Palomino Lane
   Las Vegas, Nevada 89107
4  Telephone: (702) 258-3034
   Eserve: court@lesstovall.com
5  *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMEIA L. CITY,<br><br>Plaintiff<br><br>vs.<br><br>UNITED STATES,<br><br>Defendant | CASE NO.: 2:20-cv-02193-JCM-EJY<br>**(Consolidated Case)**<br><br>CASE NO.: 2:21-cv-00006-RFB-VCF |
| EMELY JOHANA PORTILLO, an individual; and EVA LILIAN LEONZO DE PORTILLO an individual<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES,<br><br>Defendant | |

**STIPULATION AND ORDER TO EXTEND DEADLINE
TO SUBMIT AMENDED JOINT PRETRIAL ORDER (First Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the deadline to file the Amended Joint Pretrial Order should be extended from Monday December 15, 2025 to Thursday March 12, 2026, which is fourteen (14) days after the parties' February 26,

1

2026 Judicial Settlement Conference in this case. The parties therefore submit that good cause exists for the requested extension of time.

Dated this 16th day of December 2025.  Dated this 16th day of December 2025.

UNITED STATES ATTORNEY'S OFFICE        STOVALL & ASSOCIATES

/s/                                     /s/ Ross Moynihan
_____         _____
Tamer B. Botros, Esq.                   Ross Moynihan, Esq.
Nevada Bar No. 12183                    Nevada Bar No. 11848
Assistant United States Attorney        2301 Palomino Lane
501 Las Vegas Blvd. So., Suite 1100     Las Vegas, Nevada 89107
Las Vegas, Nevada 89101                 *Attorney for Plaintiffs*
*Attorney for Defendant*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED**:   December 16, 2025