ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Eserve: court@lesstovall.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TAMEIA L. CITY,<br><br>Plaintiff<br><br>vs.<br><br>UNITED STATES,<br><br>Defendant | CASE NO.: 2:20-cv-02193-JCM-EJY<br>**(Consolidated Case)**<br><br>CASE NO.: 2:21-cv-00006-RFB-VCF |
| EMELY JOHANA PORTILLO, an individual; and EVA LILIAN LEONZO DE PORTILLO an individual<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES,<br><br>Defendant | |

## STIPULATION AND ORDER TO WITHDRAW AS COUNSEL OF RECORD

//

//

//

//

//

//

//

1

*Portillo v. USA*
*CASE NO.: 2:20-cv-02193-JCM-EJY*
*Stipulation and Order to Withdraw*
*as Counsel of Record*

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that Leslie

Mark Stovall, Esq., withdraws as co-counsel of record for plaintiffs Emely Johana Portillo and

Eva Lilian Leonzo De Portillo.

UNITED STATES ATTORNEY'S OFFICE                    STOVALL & ASSOCIATES

*/s/ Tamer B. Botros*                              */s/ Ross Moynihan*

Tamer B. Botros, Esq.                              Ross Moynihan, Esq.
Nevada Bar No. 12183                               Nevada Bar No. 11848
Assistant United States Attorney                   2301 Palomino Lane
501 Las Vegas Blvd. So., Suite 1100                Las Vegas, Nevada 89107
Las Vegas, Nevada 89101                            *Attorney for Plaintiffs*
*Attorney for Defendant*

STOVALL & ASSOCIATES

Leslie Mark Stovall, Esq.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, NV 89107
*Attorney for Plaintiffs*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**Date: January 21, 2026**