TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Nathan.Claus@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TAMEIA CITY,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant

EMELY JOHANA PORTILLO, an individual; and EVA LILIAN LEONZO DE PORTILLO, an individual;

Plaintiffs,

vs.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 2:20-cv-02193-RFB-EJY

**Stipulation and Order to Dismiss with Prejudice**

///

///

///

///

///

///

///

Plaintiffs Emely Johana Portillo, and Eva Lilian Leonzo De Portillo and Defendant, United States of America, by and through their undersigned counsel, stipulate that their claims only shall be dismissed with prejudice, each party to bear its own costs and attorney's fees. Plaintiffs Emely Johana Portillo, and Eva Lilian Leonzo De Portillo are the only remaining plaintiffs to this, so this matter can be closed.

Respectfully submitted this 3rd day of August 2026.

STOVALL & ASSOCIATES

*/s/ Ross Moynihan*
ROSS MOYNIHAN
2301 Palomino Lane
Las Vegas, NV 89107
*Attorneys for Plaintiffs*

SIGAL CHATTAH
First Assistant United States Attorney

*/s/Nathan M. Claus*
NATHAN M. CLAUS
*Assistant United States Attorney*

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** August 4, 2026.